UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JEFFREY SMITH

V                                                                                  07 CA 11600 JLT

HAYMAN-THREE SHOPPING CENTER, INC.


PLAINTIFF'S VOLUNTARY DISMISSAL OF COMPLAINT AS TO DEFENDANT HAYMAN-THREE SHOPPING CENTER, INC.

The plaintiff, pursuant to Fed. R. Civ. P. 41(a) moves to dismiss Hayman-Three Shopping Center, Inc. from his complaint.

                                                    Jeffrey R. Smith
                                                    By his attorney,

                                                    /s/ Edward N. Garno
                                                    Edward N. Garno
                                                    49 Blanchard Street
                                                    Lawrence, MA  01843
                                                    #564378
                                                    978-687-7805